UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 12683
   RICHARD E ROTHMALLER
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

      Debtor
   SSN XXX-XX-5725
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/17/07 .

   2.  The case was dismissed without confirmation, 02/01/2008.

   3.  The Debtor paid a total of $   4207.70 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MARQUETTE CONSUMER FINAN | SECURED VEHIC | .00 | .00 | 3635.73 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ALL CREDIT LENDERS | UNSECURED | NOT FILED | .00 | .00 |
| AR RESOURCES | UNSECURED | NOT FILED | .00 | .00 |
| BAKER MILLER MARKOFF KRA | UNSECURED | NOT FILED | .00 | .00 |
| CASHNET USA | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF WAUKEGAN | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPARTMENT OF R | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT SER | UNSECURED | NOT FILED | .00 | .00 |
| THE CLINICS AT RFUMS | UNSECURED | NOT FILED | .00 | .00 |
| THOMAS & THOMAS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 3635.73 | .00 | .00 | .00 | 3635.73 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 3635.73 | .00 | .00 | .00 | 3635.73 |

The Debtor's attorney, HAROLD M SAALFELD          , was allowed $       .00
and was paid $       .00 .

The Trustee received $    160.87 .

Refunds to the Debtor totaled $    411.10 .

   Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/20/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 07 B 12683 RICHARD E ROTHMALLER